## JAMES LLELDON COX v. THE STATE.

No. 21310. Delivered December 4, 1940.

The opinion states the case.

*Joe Bailey Morris*, of Dallas, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a sentence of three years in the penitentiary on a charge of passing a forged instrument.

Appellant pleaded guilty and there are no bills of exception. We have examined the record, including a statement of facts, and are of the opinion that the proceedings are regular. The judgment entered is warranted and there is no question before this court for our consideration.

The judgment of the trial court is affirmed.